FRANCES M. COLE, as Administratrix, etc., of HARRY N. COLE, Deceased, Respondent, v. MERRITT-CHAPMAN & SCOTT CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

ANNA O. CORDUA and HARRY E. STAM, Executors, etc., of ELIZABETH O. S. ANDREWS, Deceased, and Others, Appellants, v. AIMEE S. GUGGENHEIM and Another, Respondents, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

LENA DOYLE, Respondent, v. WESTERN UNION TELEGRAPH COMPANY, Appellant. — Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

LILLIAN FOLEY, Respondent, v. JOHN VINCENT FOLEY, Appellant.— The motion is referred to the court that rendered the decision on the appeal. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ. Motion for reargument granted and on reargument the decision of this court dated June 29, 1936 [ante, p. 773], is modified by striking therefrom the words " on condition that the defendant continue to pay ten dollars a week on the amount in arrears as provided in the Pennsylvania garnishee execution," and inserting in the place thereof, the words " on condition that the defendant continue to pay at least ten dollars a week on the amount in arrears," and it appearing that the defendant failed to pay any alimony for the months of May and June, 1936, by adding thereto a further condition " that before the defendant have leave to apply to continue such reduction, he shall make payment of ten dollars per week and ten dollars per week to apply on the arrears during those months." The order dated June 29, 1936, is resettled accordingly. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

JACK FRIEDMAN, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

HELEN HARTMAN, Individually and as Executrix, etc., of MAURICE HARTMAN, Deceased, Appellant, v. JOSEPH P. DAY and Others, Defendants, and J. A. WIGMORE LAND COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

In the Matter of the Application of the CITY OF NEW YORK to Acquire Title to East Twenty-ninth Street from Avenue " Z " to Emmons Avenue. ERNESTINE SIEBERT, Appellant; CITY OF NEW YORK and Others, Respondents.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.